**UNITED STATES BANKRUPTCY COURT**
**EASTERN AND WESTERN DISTRICTS OF ARKANSAS**
**LITTLE ROCK DIVISION**


**IN RE: Jean Wade**                                    **Case No: 15-11934**
                                                        **Chapter 13**

**MODIFICATION OF CHAPTER 13 PLAN**

Comes now the Debtor(s) and for their modification to the original or modified Chapter 13 plan states:

Payment to the Trustee.

Debtor proposes to pay $430.00 per month to the Trustee. Payment shall be made from the source listed below:

☐ Weekly  ☐ Bi-Weekly  ☐ Semi-Monthly  ☒ Monthly or
☐ Other.  If Other, please specify _____.


1. **The Plan Length** shall remain the same unless otherwise indicated below: *

   Increase plan length to    months.

   Decrease plan length to _____ months.


*In a case filed prior to October 17, 2005, the debtor shall pay all disposable income into the plan for a period of not less than 36 months (unless unsecured creditors are paid 100%).  In a case filed after October 17, 2005, the debtor shall pay all disposable income into the plan for the applicable commitment period (unless unsecured creditors are paid 100%).  In no case shall the plan length exceed 60 months.


3. **Unsecured Creditors** are to be paid a pro-rata dividend.
        (Enter "Pro-rata" if this is a ***Base*** plan.)

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:**
        The following **changes** are to be made to each creditor as set out below:


| Creditor Name | Change in Treatment/Classification |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |


5. **ADDITION OF SECURED CREDITORS TO THE PLAN:**

Secured creditors who will retain their liens and be paid the value of their collateral or the amount of their debt, whichever is less, shall be paid as follows.  Any amount claimed in excess of the value of the collateral will be treated as a nonpriority unsecured creditor.

**Please indicate any debts which will extend beyond the length of the plan.  Such debts <u>MUST</u>  have a "monthly payment" proposed.  Also, if the debt is in default, you <u>must provide separately</u>                         for                         such                         default.

If you do not provide an interest rate in the interest rate field, then <u>no interest is to be paid by the plan.</u>

| Creditor Name & Address | Net Payoff | Value | Unsecured Portion | Interest Rate paid by plan | Monthly Payment |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

6. **<u>ADDITION OF PRIORITY CREDITORS TO THE PLAN:</u>**  Such as taxes or wages.

| Creditor (Name and Address) | Per Month, If any | Total Debt |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

7.  **ADDITION OF UNSECURED CREDITORS TO THE PLAN:**

 The following unsecured creditors are added to the plan.  Each creditor must be classified as a "PRE" or "POST" petition creditor and shall be paid as follows:

**PRE-PETITION** Unsecured creditors shall be paid a              dividend.

**POST-PETITION** Unsecured creditors shall be paid a               dividend.

| Creditor Name And Address | Last 4 Digits of Account Number | Classification | Adequate Protection Monthly Payment Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Select Classification |  |
|  |  | Select Classification |  |
|  |  | Select Classification |  |
|  |  | Select Classification |  |
|  |  | Select Classification |  |

7.  Unsecured Creditors shall be paid at least as much as they would receive under Chapter 7.

8.  All other provisions as set forth in the last confirmed plan remain the same

**Date: September 24, 2018**          **/s/Gregory W. Harris**
                                                                 **Attorney's Signature**

3 of 3